IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE B. MARRACCINI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART | : | NO. 05-2871 |

## ORDER

AND NOW, this 9th day of February 2006, upon consideration of the parties' cross-motions for summary judgment, the Report and Recommendation of the United States Magistrate Judge Linda K. Caracappa, and plaintiff's Exceptions to the Report and Recommendation of the Magistrate Judge, IT IS ORDERED THAT:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's motion for summary judgment is DENIED.

3. Defendant's motion for summary judgment is GRANTED.

4. Judgment is entered in favor of defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, and against plaintiff, Jamie B. Marraccini.

BY THE COURT:

s/Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.